AO 442 (WIED 02/17) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br><br>Casha Griffin<br>*Defendant* | )<br>)<br>) Case No. 24-CR-170<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Casha Griffin, who is accused of an offense or violation on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Pretrial Release Violation Petition
☐ Violation Notice ☐ Order of Court

This offense is briefly described as follows:

18:371 - CONSPIRACY TO COMMIT AN OFFENSE AGAINST THE UNITED STATES
*WITH ADDITIONAL CHARGES*

Date: 6/24/2025

s/ Tony Byal
*Issuing officer's signature*

GINA M. COLLETTI, Clerk, U.S. District Court
By: Tony Byal, Deputy Clerk
*Printed name and title*

City and State: Milwaukee, Wisconsin

### Return

This warrant was received on *(date)* 06/25/25, and the person was arrested on *(date)* 06/26/25
at *(city and state)* Bellwood, IL.

Date: 06/26/2025

*Arresting officer's signature*

Shanna Fischer, Special Agent
*Printed name and title*