# UNITED STATES DISTRICT COURT
## for the
### Northern District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 25 CR 340 |
| | ) | |
| Casha Griffin | ) | Charging District: Eastern District of Wisconsin |
| *Defendant* | ) | Charging District's Case No. 24 CR 170 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Eastern District of Wisconsin | Courtroom No.: |
| --- | --- | --- |
| | | Date and Time: 7/16/2025 10:00 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 6/26/2025

*Judge's signature*

Maria Valdez, U.S. Magistrate Judge
*Printed name and title*

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ELLISA1
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
July 1, 2025